# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| **DISEIYE IYEBOTE, M.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:20-cv-00475** |
| | ) | |
| **MEHARRY MEDICAL COLLEGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant Meharry Medical College's Motion for Summary Judgment (Doc. No. 27) is **GRANTED IN PART AND DENIED IN PART**. Diseiye Iyebote's claim for Disability Discrimination under the Tennessee Human Rights Act ("THRA"), T.C.A. § 4-21-101 *et seq.* is **DISMISSED**. Iyebote's remaining claims will proceed to trial. This case is returned to the Magistrate Judge to schedule an additional mediation session.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE