UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DISEIYE IYEBOTE,<br><br>    Plaintiff,<br><br>v.<br><br>MEHARRY MEDICAL COLLEGE,<br><br>    Defendant. | Case No. 3:20-cv-00475<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

A telephone conference with the Magistrate Judge is set on August 1, 2022, at 2:30 p.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

*[signature]*
ALISTAIR E. NEWBERN
United States Magistrate Judge