UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DISEIYE IYEBOTE, M.D., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 3:20-cv-00475 |
|  | ) |  |
| MEHARRY MEDICAL COLLEGE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

For the reasons provided in the accompanying Memorandum Opinion, the Magistrate Judge's Report and Recommendation (Doc. No. 102) is **ADOPTED**, Plaintiff's objections are **OVERRULED**, Defendant's Motion to Enforce Settlement (Doc. No. 95) is **GRANTED**, Defendant's request for attorneys' fees is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE