UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Diseiye Iyebote

                    Plaintiff,

v.                                             Case No.: 3:20–cv–00475

Meharry Medical College

                    Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/28/2023 re [110].

                                                                   Lynda M. Hill
                                                s/ Annecia L Donigan, Deputy Clerk