UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DISEIYE IYEBOTE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:20-cv-00475 |
| | ) |
| **MEHARRY MEDICAL COLLEGE,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the May 28, 2024 Motion to Enforce Settlement Agreement by Diseiye Iyebote, M.D. (Doc. No. 119). Plaintiff claims that Defendant Meharry Medical College ("Meharry") has failed to comply with the Court's Order of September 27, 2023 enforcing the settlement terms between the parties as requested by Meharry. (Doc. Nos. 109 and 110.) Oddly, Meharry has not responded to Plaintiff's motion. Accordingly, Meharry shall respond on or before February 27, 2025.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE