UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DISEIYE IYEBOTE, M.D., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:20-cv-00475 |
| MEHARRY MEDICAL COLLEGE, | ) |
| Defendant. | ) |

## ORDER

Diseiye Iyebote's motion to enforce settlement (Doc. No. 119) is set for hearing **March 7, 2025,** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE