UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DISEIYE IYEBOTE, M.D.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:20-cv-00475 |
| **MEHARRY MEDICAL COLLEGE,** | ) ) ) |
| Defendant. | ) |

## ORDER

By agreement of the parties, the evidentiary hearing on Diseiye Iyebote's Motion to Enforce Settlement (Doc. No. 119) set for March 7, 2025, is RESCHEDULED to **March 14, 2025,** at 1:00 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1