UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DISEIYE IYEBOTE, M.D.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:20-cv-00475 |
| **MEHARRY MEDICAL COLLEGE,** | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On March 19, 2025, the Court entered an order denying Plaintiff Diseiye Iyebote, M.D.'s Motion to Enforce Settlement Agreement against Defendant Meharry Medical College ("Meharry") and ordered the parties to file a notice informing the Court on "whether payment has been completed and whether a final agreement has been executed." (Doc. No. 129). On March 28, 2025, Iyebote notified the Court that Meharry has not completed payment. (Doc. No. 130 at 1). Within five (5) days of this order, Meharry shall file a response to Iyebote's notice.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE